IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03062-PAB-MEH

CARY GAGAN,

    Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE,

    Defendant.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the plaintiff's motion for voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) [Docket No. 13]. Rule 41(a)(1)(A)(i) provides that a "plaintiff may dismiss an action without a court order by filing: . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Because defendant has not filed an answer or a motion for summary judgment, the Court construes plaintiff's motion as such a notice of dismissal. Upon its filing, this case was automatically dismissed without prejudice and without the need for a court order.

    DATED January 6, 2012.